UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SARAH NATHREEN NAKANWAGI,**

      **Plaintiff,**

    v.                                                                     **CIVIL ACTION NO.
23-cv-10532-ADB**

**THE DOLBEN COMPANY, INC.,
NINETY-THREE REALTY LIMITED
PARTNERSHIP,**

      **Defendants.**

## ORDER

**BURROUGHS, D.J.**

    1.    Plaintiff Sarah Nathreen-Nakanwagi's motion for leave to proceed *in forma pauperis* (ECF No. 2) is <u>ALLOWED</u>.

    2.    The Clerk shall issue a summons for service of the complaint on the defendants. The Clerk shall send the summonses, complaint, and this Order to Nathreen-Nakanwagi, who must thereafter serve the defendants in accordance with Federal Rule of Civil Procedure 4(m). Malott may elect to have service made by the United States Marshals Service. If directed by Nathreen-Nakanwagi to do so, the United States Marshals Service shall serve the summonses, complaint, and this Order upon the defendants, in the manner directed by Nathreen-Nakanwagi, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshal Service, it remains Nathreen-Nakanwagi's responsibility to provide the United States Marshals Service with all necessary paperwork and service information. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, Nathreen-Nakanwagi shall have 90 days from the date of this Order to complete service.

1

3. Nathreen-Nakanwagi's request for an emergency temporary restraining order contained in the complaint and proposed order (ECF No. 3) is <u>DENIED</u> without prejudice. <u>See</u> Compl., Relief ¶ i. First, no reason is provided, nor apparent, for the need for ex-parte relief. <u>See</u> Fed. R. Civ. P. 65(b)(1). Second, there is no separate motion, supported by a memorandum of reasons, as required by Local Rule 7.1(b)(1).[1] To the extent that Nathreen-Nakanwagi seeks relief from the Court she must file a separate motion along with a separate memorandum of reasons.

4. Nathreen-Nakanwagi's request to file electronically in this action (ECF No. 4) using the CM/ECF system is <u>ALLOWED</u> for this action only. Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. Pro se e-filing account Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-se.htm. If you already have a PACER account with E-Filing access as a pro se litigant, you do not need to register again. Please email tracy_mclaughlin@mad.uscourts.gov.

**So Ordered.**

DATE: March 10, 2023

/s/ Allison D. Burroughs
**UNITED STATES DISTRICT JUDGE**

---

[1] Local Rule 7.1(b)(1) provides that "[a] party filing a motion shall at the same time file a memorandum of reasons, including citation of supporting authorities, why the motion should be granted. Affidavits and other documents setting forth or evidencing facts on which the motion is based shall be filed with the motion."